UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br><br>JOHN DOE subscriber identified as IP address 99.24.231.69<br><br>Defendant. | Case No.: 8:20-cv-02244-TJH-SPx<br><br>**JUDGMENT [JS-6]** |

JUDGMENT

1

Pursuant to Fed. R. Civ. P. 68, the Court enters Judgment as follows:

1. Judgment shall be entered that JOHN DOE subscriber assigned IP address 99.24.231.69 did not infringe; and

2. JOHN DOE subscriber assigned IP address 99.24.231.69 shall pay Strike 3 Holdings, LLC $ 3,250.00.

SO ORDERED:

Dated: OCTOBER 12, 2022

_____
UNITED STATES DISTRICT JUDGE

1